## APPEAL OF F. B. ALVORD.

Docket No. 2132.   Submitted May 28, 1925.   Decided June 25, 1925.

*M. N. Fisher, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income tax for the year 1922 in an amount not stated in the petition, but said to be less than $10,000.   The taxpayer claims a loss arising from the sale of property.

### FINDINGS OF FACT.

During the year 1900 the taxpayer acquired and thereafter operated a family hotel in East Orange, N. J.   During the year 1922 the entire property, including buildings, furnishings, and the good will of the business, was sold for $119,570.   The actual cost of the property so disposed of was, to the date of sale, $117,629.42.   The depreciated value of the property was $115,203.70 at the time of sale.   The March 1, 1913, value of the property, inclusive of good will of the business, was $155,869.30.

### DECISION.

The determination of the Commissioner is approved.